**No. 54246.**—M. Pressner & Co. *v.* United States, protests 77444–K and 104669–K (New York).

Opinion by LAWRENCE, J. At the trial plaintiff's contentions were limited solely to the metal pencil sharpeners indicated as items 807, 1612, and 1613 enumerated on the invoices. It was stipulated that the pencil sharpeners in question consist of articles chiefly used in the household for utilitarian purposes; that said articles were composed in chief value of a base metal which is neither aluminum, iron, nor steel, or enameled or glazed with vitreous glasses, and not plated with platinum, gold, or silver; and that these articles are similar in all material respects to the merchandise the subject of Abstract 41633, which record was incorporated herein. Upon the evidence presented the claim of the plaintiff was sustained as to items 807, 1612, and 1613.

**No. 54247.**—Pioneer Merchandise Co. *v.* United States, protest 142412–K (Bridgeport).

Opinion by LAWRENCE, J. When the case was called for trial, two witnesses appeared on behalf of the plaintiff. From the testimony presented the court found that chief use of the articles in controversy other than as household utensils was not established. (*I. W. Rice & Co.* v. *United States*, 24 C. C. P. A. (Customs) 114, T. D. 48415) followed. From a consideration of all the facts presented and from a visual examination of the exhibits before the court, it was held that the evidence introduced by the plaintiff was not sufficient to overcome the presumption of correctness which attached to the collector's classification (*United States* v. *I. Magnin & Co., Inc.*, 21 C. C. P. A. (Customs) 77, T. D. 46394, and *United States* v. *Marshall Field & Co.*, 17 C. C. P. A. (Customs) 1, T. D. 43309) cited. See *M. Pressner & Co.* v. *United States*, Abstract 54246, decided concurrently herewith, wherein the claim of the importer therein that merchandise similar in character to the pencil sharpeners here in controversy was dutiable as household utensils under paragraph 339 was sustained. Note also *M. Pressner & Co.* v. *United States*, Abstract 41633. In the circumstances of the present case, it was held that plaintiff failed to sustain its burden of proof. The first claim in the protest was therefore overruled. The alternative claim in the protest, having been virtually abandoned, was also overruled.